

# MEMORANDUM OPINION

No. 04-09-00016-CV

**1604 GRILL, INC.**; d/b/a Rolling Oaks Sports Bar & Grill;
Rolling Oaks Golf Center, Inc.; and Philip Delgado;
Appellants

v.

Jocelyn **CAMPBELL**,
Appellee

From County Court at Law No. 3, Bexar County, Texas
Trial Court No. 330432
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   October 7, 2009

DISMISSED

The parties have filed a joint motion to dismiss this appeal.  We grant the motion and dismiss

the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of this appeal are assessed against appellants.

PER CURIAM